# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Evelyn Yolany Pena Sandoval,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

**NO. CV-26-02553-PHX-SPL (JZB)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed April 16, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is denied. Petitioner to take nothing and this action is hereby dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

April 16, 2026

s/ E. Aragon
By    Deputy Clerk